# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-3300

———————————————

JUAN FRANCIS TEJADA, JR.,

Petitioner,

v.

HC PROPERTY MAINTENANCE
D/B/A Steadfast Maintenance
and BUILDERS MUTUAL
INSURANCE COMPANY,

Respondents.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident: February 20, 2023.

January 24, 2024

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Petitioner.

No appearance for Respondents.